UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| DENA MANLEY, | Case No. 1:22-cv-01809-CL |
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| LIFEMAP ASSURANCE COMPANY, | Judge: Hon. Mark D. Clarke |
| Defendant. | |

Based upon the Joint Motion of the Parties and for good cause shown,

IT IS HEREBY ORDERED that this action, Case No. 1:22-cv-01809-CL is dismissed in its entirety as to all defendants, with prejudice. All dates set in this matter are hereby vacated and taken off calendar.

IT IS HEREBY FURTHER ORDERED that each Party shall bear its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED.**

Dated: March 20, 2023

/s/ Mark D. Clarke
Mark D. Clarke
United States Magistrate Judge